**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-23147-ALTMAN**

**ARANTZA CASTRO**,

*Plaintiff*,

*v.*

**DOLCE & GABBANA USA,**
**INC.** *d/b/a* Dolce & Gabbana,

*Defendant*.
_______________________________/

**ORDER**

The parties have filed a Notice of Settlement [ECF No. 13], informing us that they have resolved this matter. Accordingly, we hereby **ORDER** the parties to file a joint stipulation of dismissal by **November 1, 2024**. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case. The Clerk is directed to **CLOSE** this case. All deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on October 1, 2024.

_______________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record